# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DION ANDERSON,<br><br>    Plaintiff,<br><br>    v.<br><br>THE CITY, et al.,<br><br>    Defendants. | Case No. 1:14-cv-00202-LJO-MJS (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION DISMISSING ACTION<br>(ECF NO. 16)<br><br>DISMISSAL COUNTS AS STRIKE PURSUANT TO 28 U.S.C. § 1915(g)<br><br>CLERK TO TERMINATE ALL PENDING MOTIONS AND CLOSE CASE |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. On October 30, 2014, the magistrate judge issued findings and recommendation that the action be dismissed with prejudice, that dismissal count as a strike pursuant to 28 U.S.C. § 1915(g), and that the clerk of the court terminate any and all pending motions and close the case. (ECF No. 16, at 11:4-7.) Plaintiff filed objections to the findings and recommendation on November 17, 2014.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendation to be supported by the record and by proper analysis.

The objections do not raise an issue of law or fact under the findings and

1

recommendation and there is no need to modify the findings and recommendation based on the objections. Nothing suggests Defendant Gipson was personally involved in review of Plaintiff's 602 appeal. The case law cited by Plaintiff is not authority otherwise. Plaintiff's objection that his claims were not liberally construed, that the magistrate judge incorrectly screened them, and that further leave to amend should have been granted merely rehashes matters previously considered by the magistrate judge and found deficient for reasons stated in the findings and recommendation.

Plaintiff's objection that the magistrate judge did not address his claim Defendant Cavazos was deliberately indifferent to the allegedly false rules violation and criminal charges arising from it similarly fails. The magistrate judge found no cognizable rights violation relating to the rules violation or otherwise.

Plaintiff's conclusory statements relating to claims not asserted in the pleading are not a basis for objection.

Having been instructed as to pleading deficiencies and required corrections, Plaintiff did not successfully amend. Nothing suggests further amendment would be fruitful.

Plaintiff's objections lack merit.

Accordingly, it is HEREBY ORDERED that:

1. The court adopts the findings and recommendation filed on October 30, 2014 (ECF No. 16), in full,
2. The action is DISMISSED with prejudice and dismissal shall count as a strike pursuant to the "three strikes" provision set forth in 28 U.S.C. § 1915(g), and
3. The clerk of the court shall terminate all pending motions and close the case.

IT IS SO ORDERED.

Dated:   **November 19, 2014**          /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE